UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Bobby T. Sheppard, | : | **Death Penalty Case** |
| Petitioner, | : | Case No. 1:00cv00493 |
| -vs- | : | Chief Judge Walter Herbert Rice |
| Margaret Bagley, Warden, | : | Magistrate Judge Merz |
| Respondent. | : | |

**AGREED ORDER**

On agreed motion of the parties, the Court hereby grants Petitioner Bobby T. Sheppard an extension of time until September 11, 2003, to file his Traverse/Merit Brief.

September 7, 2003.

s/ **Michael R. Merz**
United States Magistrate Judge


AGREED TO:

**s/Geoffrey J. Moul**
Geoffrey J. Moul (0070663)
Trial Attorney for Petitioner
Murray Murphy Moul + Basil LLP
326 South High Street, Suite 400
Columbus, OH  43215
Telephone:  (614) 469-0400
Facsimile:  (614) 469-0402
E-mail:  moul@mmmb.com

**s/Charles L. Wille, per authorization**
Charles L. Wille (0056444)
Trial Attorney for Respondent
Assistant Attorney General
Capital Crimes Section
30 E. Broad Street, 26th Floor
Columbus, OH  43215
Telephone:  (614) 728-7055
Facsimile:  (614) 728-8600
E-mail:  cwille@ag.state.oh.us