UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Bobby T. Sheppard, | : | **Death Penalty Case** |
| | : | |
| Petitioner, | : | Case No. 1:00cv00493 |
| | : | |
| -vs- | : | Chief Judge Walter Herbert Rice |
| | : | |
| Margaret Bagley, Warden, | : | Magistrate Judge Merz |
| | : | |
| Respondent. | : | |

**MOTION OF PETITIONER BOBBY SHEPPARD TO FILE
HIS MERITS BRIEF/TRAVERSE INSTANTER**

Petitioner hereby moves for leave to file *instanter* the Merits Brief/Traverse of Petitioner Bobby Sheppard. Respondent has been contacted regarding this request and does not oppose the motion.

Respectfully submitted,

**s/Geoffrey J. Moul**
Geoffrey J. Moul (0070663)
Trial Attorney for Petitioner
Murray Murphy Moul + Basil LLP
326 South High Street, Suite 400
Columbus, OH 43215
Telephone: (614) 469-0400
Facsimile: (614) 469-0402
E-mail: moul@mmmb.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 25, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles L. Wille
Assistant Attorney General
Capital Crimes Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215

                                            s/Geoffrey J. Moul