UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BOBBY T. SHEPPARD, | : | |
| Petitioner | : | Case No. C-1-00-493 |
| vs. | : | JUDGE RICE |
| MARGARET BAGLEY, Warden | : | Magistrate Judge Merz |
| Respondent | : | |

### RESPONDENT'S MOTION FOR LEAVE TO FILE
### MEMORANDUM IN EXCESS OF TWENTY (20) PAGES

Respondent respectfully moves for leave to file a memorandum in excess of the court's page limitation.

Respectfully Submitted,

**JIM PETRO (0022096)**
Ohio Attorney General

s/Charles L. Wille
**CHARLES L. WILLE (0056444)**
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43228
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Respondent's Motion For Leave To File Memorandum In Excess Of Twenty (20) Pages*, was sent electronically and via first-class U.S. Mail, postage prepaid, this 27th day of October, 2003, to: Geoffrey J. Moul, Esq., 326 S. High Street, Suite 400, Columbus, Ohio, 43215, **and** Timothy R. Payne, Asst. State Public Defender, Office of the State Public Defender, 8 East long Street, 11th Floor, Columbus, Ohio, 43215; Counsel for Petitioner.

s/Charles L. Wille
**CHARLES L. WILLE**