UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Bobby T. Sheppard, | : | **Death Penalty Case** |
| | : | |
| Petitioner, | : | Case No. 1:00cv493 |
| | : | |
| -vs- | : | Judge Walter Herbert Rice |
| | : | |
| Margaret Bagley, Warden, | : | Magistrate Judge Merz |
| | : | |
| Respondent. | : | |

**JOINT MOTION TO EXPAND THE RECORD TO INCLUDE TRANSCRIPT OF STATE COURT PROCEEDING FROM OCTOBER 6, 1995**

The parties hereby jointly move to expand the record previously filed by Respondent in this case so as to include a trial court transcript for a hearing before the trial court on October 6, 1995.  (*See* Exhibit A).  This case has been fully briefed on the merits.  The Court, however, recently brought to the parties' attention that the transcript from the State of Ohio trial court hearing of October 6, 1995, although cited by Petitioner in his traverse, is not actually in the record.  The transcript relates to a motion for a new trial regarding the issue of jury misconduct and, therefore, includes a trial court proceeding, ruling and rationale at the heart of this case.  Because the transcript is relevant to the determination of this capital habeas corpus action, this motion should be granted.

Respectfully submitted,

**s/Geoffrey J. Moul**
Geoffrey J. Moul (0070663)
Trial Attorney for Petitioner
Murray Murphy Moul + Basil LLP
326 S. High Street, Suite 400
Columbus, Ohio 43215
Telephone: (614) 469-0400
Facsimile: (614) 469-0402
Email: moul@mmmb.com


**s/Charles L. Wille, per authority**
Charles L. Wille (0056444)
Counsel for Respondent
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, OH 43228
Telephone: (614) 728-7055
Facsimile: (614) 728-8600