**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Bobby T. Sheppard, | : | **Death Penalty Case** |
| Petitioner, | : | Case No. 1:00cv493 |
| -vs- | : | Judge Walter Herbert Rice |
| Margaret Bagley, Warden, | : | Magistrate Judge Merz |
| Respondent. | : | |

**MOTION FOR EXTENSION OF TIME FOR PETITIONER BOBBY SHEPPARD TO FILE OBJECTION TO SUPPLEMENTAL REPORT AND RECOMMENDATIONS**

Petitioner, by and through his undersigned counsel, respectfully moves this Court for an extension of time in which to file objections to the Supplemental Report and Recommendations of December 16, 2004. Petitioner requests that the deadline for responding to the Supplemental Report and Recommendations be extended until January 10, 2005. Petitioner's response would otherwise be due on December 27, 2004. Counsel's other professional obligations during a limited holiday schedule have allowed him insufficient time to fully examine the issues involved in preparing the objections. Counsel for Respondent has been contacted and has indicated that he has no objection to this motion. An agreed order has been sent to Judge Merz via e-mail pursuant to the Southern District Electronic Filing Policies and Procedures Manual.

Respectfully submitted,

**s/Geoffrey J. Moul**
Geoffrey J. Moul (0070663)
Trial Attorney for Petitioner
Murray Murphy Moul + Basil LLP
326 South High Street, Suite 400
Columbus, OH  43215
Telephone:  (614) 469-0400
Facsimile:  (614) 469-0402
E-mail:  moul@mmmb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles L. Wille
Assistant Attorney General
Capital Crimes Section
30 E. Broad Street, 26th Floor
Columbus, OH  43215

**s/Geoffrey J. Moul**