IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Bobby T. Sheppard, | : | **Death Penalty Case** |
| | : | |
| Petitioner, | : | Case No. 1:00cv493 |
| | : | |
| -vs- | : | Judge Walter Herbert Rice |
| | : | |
| Margaret Bagley, Warden, | : | Magistrate Judge Merz |
| | : | |
| Respondent. | : | |

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Geoffrey J. Moul and Brian K. Murphy of Murray Murphy Moul + Basil LLP hereby give notice that their firm is relocating its office. Effective May 20, 2005, the new contact information will be as follows:

>Murray Murphy Moul + Basil LLP
>1533 Lake Shore Drive
>Suite 150
>Columbus, OH  43204
>Telephone:  614.488.0400
>Facsimile:  614.488.0401

>Respectfully submitted,
>
>s/Geoffrey J. Moul
>Geoffrey J. Moul (0070663)
>Brian K. Murphy (0070654)
>Counsel for Petitioner Bobby Sheppard
>Murray Murphy Moul + Basil LLP
>1533 Lake Shore Drive, Suite 150
>Columbus, OH  43204
>Telephone:  614.488.0400
>Facsimile:  614.488.0401
>E-mail:  moul@mmmb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2005, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to the following:

Charles L. Wille
Assistant Attorney General
Capital Crimes Section
30 E. Broad Street, 26th Floor
Columbus, OH  43215

                                                   s/Geoffrey J. Moul
                                                   Geoffrey J. Moul