**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| **BOBBY T. SHEPPARD,** | |
| Petitioner, | **Case No. 1:00-CV-493** |
| v. | **Judge Walter H. Rice** |
| **MARGARET A. BAGLEY, Warden** | **Magistrate Judge Michael R. Merz** |
| Respondent. | *Death Penalty Case* |

**RESPONDENT'S NOTICE OF SUBSTITUTION**
**AND TERMINATION OF CO-COUNSEL**

Please take notice that **Assistant Attorney General Carol A. Ellensohn** has replaced **Assistant Attorney General James V. Canepa** as co-counsel of record for Respondent in the above styled appeal. Assistant Attorney General James V. Canepa should be terminated from this case. **Assistant Attorney General Charles L. Wille** will continue to serve as lead and trial counsel of record. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

JIM PETRO
Ohio Attorney General

s/Carol A. Ellensohn
**CAROL A. ELLENSOHN (0074598)**
**Assistant Attorney General**
Email: cellensohn@ag.state.oh.us

**CHARLES L. WILLE* (0056444)**
**Assistant Attorney General**
***Lead and Trial Counsel**
Email: cwille@ag.state.oh.us

Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 728-7055; Fax (614) 728-8600

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Respondent's Notice of Substitution and Termination of Co-Counsel* has been filed via the court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Carol A. Ellensohn
**CAROL A. ELLENSOHN (0074598)**
**Assistant Attorney General**