EXHIBIT

1


# DOUGLAS A. FUNKHOUSER
## DOUGLAS A. FUNKHOUSER CO., L.P.A.
729 SOUTH THIRD STREET
COLUMBUS, OHIO 43206-1027
TELEPHONE (614) 443-5404
FACSIMILE (614) 443-5408

## EDUCATION

Juris Doctor, Capital University Law School, Columbus, Ohio, May, 1995.
- Graduated with Honors: Order of the Barristers.
- Central Region Champion, Jessup Moot Court Competition, 1993-1994.

Bachelor of Arts, The Ohio State University, Columbus, Ohio, June, 1992.
- Major: History.
- Completed the Capstone Program with a minor in Business Administration.

Graduate, The United States Army Judge Advocate General's School, Basic Course.
Charlottesville, Virginia. January, 1996 to April, 1996.
- Intense study of military law, statutes, and regulations.
- Courses included: military justice, trial advocacy, federal litigation, environmental law, criminal law, government contracts, employment law, and tort litigation.

## EXPERIENCE

**Douglas A. Funkhouser Co., L.P.A.**, January 2000 to Present.

- Criminal, domestic and civil litigation.
- Death penalty experience; second chair on two cases, one trial and one plea.
- Conducted over 20 criminal and civil jury trials.

**The United States Army Judge Advocate General's Corps**, January, 1996 to January, 2000.

Assistant Staff Judge Advocate for the U.S. Army Criminal Investigation Command (CID), Fort Belvoir, Virginia. June, 1998 to January, 2000.

- Provided legal advice to special agents and commanders on investigative, administrative and criminal law issues.
- Reviewed and analyzed over 300 requests from field agents to conduct wiretapping operations for constitutionality and legal sufficiency. Prepared and submitted memoranda for authorization to the Army's General Counsel after interviewing special agents, verifying information, and reviewing case law.
- Appointed trial counsel for local prosecution of fraud case.

Trial Counsel (Prosecutor), 2nd Brigade, Second Infantry Division, Camp Hovey, Republic of South Korea. June, 1997 to June, 1998.

- Successfully prosecuted four courts-martial in the Republic of South Korea.
- Sole legal advisor for thirty commanders with over 4,000 soldiers deployed within ten miles of demilitarized zone. Provided legal advice and counsel on operational, international, administrative, and criminal law.
- Officer in charge of legal staff that prosecuted over 400 misconduct cases.

DOUGLAS A. FUNKHOUSER

Legal Assistance Officer (General Practice), XVIIIth Airborne Corps, Fort Bragg, North Carolina.  May, 1996 to June, 1997.

- Represented over 800 clients on a wide variety of civil law issues.
- Prosecuted twelve cases of business misconduct before the Armed Forces Disciplinary Control Board.  All prosecuted businesses placed off-limits to soldiers.
- Designated consumer law specialist for Fort Bragg; a community of over 214,000 soldiers, family members, and retirees.  Board memberships:  the Fayetteville Chamber of Commerce Fair Business Practice Committee; the Independent Automobile Dealers' Association; and the Consumer Credit Counseling Service of Fayetteville.

**Wiles, Doucher, Van Buren & Boyle Co., L.P.A.**, Columbus, Ohio.  May, 1994 to Jan., 1996. Full-time Law Clerk (40 to 50 hours per week): Responsibilities included researching and drafting motions and other legal documents for State and Federal courts, contacting clients, and assisting in discovery and trial preparation.
Primary Practice Areas: Insurance defense litigation; personal injury; and business disputes.

**Professor N. Douglas Wells, Capital University Law School**, Columbus, Ohio.  January, 1994 to May, 1995.  Research Assistant: Responsibilities included researching issues relating to property and family law for publication and review.

**The Honorable Patrick M. McGrath, Franklin County Court of Common Pleas**, Columbus, Ohio.  August, 1993 to May, 1994.  Judicial Clerkship (20 hours per week): Responsibilities included researching and writing judicial decisions.

**Taft, Stettinius & Hollister**, Columbus, Ohio.  June, 1992 to December, 1993.
Part-time messenger and office assistant: Responsibilities included filling documents with State and Federal Courts and delivering documents to other lawyers.

### HONORS, AWARDS, AND ACTIVITIES

- Admitted to the Ohio Bar - 1995.
- Admitted to the United States District Court, Southern District of Ohio - 1995.
- Member, Columbus Bar Association.
- Volunteer, Central Ohio Radio Reading Service, reading radio for the visually impaired.
- Graduate, U.S. Army Airborne School - 1996.
- Graduate, U.S. Marine Corps Trial Advocacy Program, Okinawa, Japan - 1998.
- Awarded the Meritorious Service Medal, the Army Commendation Medal, the Army Achievement Medal, the National Defense Service Medal, the Overseas Ribbon, the Australian Royal Army Parachutist Badge, and the U.S. Army Basic Parachutist Badge.
- Activities – motorcycles, car racing, and golf.

*\*\*\*References available upon request \*\*\**