IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BOBBY T. SHEPPARD, | : | *Death Penalty Case* |
| | : | |
| Petitioner, | : | Case No. 1:00cv493 |
| | : | |
| vs. | : | Judge Walter Herbert Rice |
| | : | |
| MARGARET BAGLEY, WARDEN, | : | Chief Magistrate Judge Merz |
| | : | |
| Respondent. | : | |

_____

**NOTICE OF CHANGE OF ADDRESS**
_____

Please be advised that the address and contact information of attorney Kyle E. Timken, counsel for Petitioner Sheppard, will change as of December 3, 2007. The new address and contact information will be:

>Manley Deas & Kochalski LLC
>P.O. Box 165028
>Columbus, Ohio 43216-5028
>614-220-5611 (phone)
>614-220-5613 (fax)
>KET@mdk-llc.com

Mr. Timken will update the information in the Court's electronic filing system subsequent to the filing of this notice.

>Respectfully submitted,
>
>DAVID H. BODIKER
>Ohio Public Defender
>
>/s/Kyle E. Timken
>KYLE E. TIMKEN (0071381)
>Assistant State Public Defender
>Ohio Public Defender Commission
>8 East Long Street, 11th Floor

        Columbus, Ohio 43215-2998
        (614) 466-5394
        Fax: (614) 728-3670

        -and-

        DOUGLAS FUNKHAUSER (0070663)
        (Trial Counsel)
        326 S. High Street / Suite 400
        Columbus, Ohio 43215
        (614) 469-0400
        COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/Kyle E. Timken
        KYLE E. TIMKEN (0071381)
        Assistant State Public Defender