# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **BOBBY T. SHEPPARD,** | : | |
| PETITIONER, | : | Case No. 1:00-CV-493 |
| v. | : | Judge Walter H. Rice |
| **MARGARET BAGLEY, WARDEN** | : | Mag. Judge Michael R. Merz |
| RESPONDENT. | : | *Death Penalty Case* |

## RESPONDENT'S MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD

Now comes Assistant Attorney General Carol A. Ellensohn and notifies the Court she has pursued employment outside of the Office of the Ohio Attorney General and requests withdrawal as counsel of record for Respondent in the above styled appeal.

Respectfully submitted,

**MARC DANN**
Ohio Attorney General

s/ *Carol A. Ellensohn*
**CAROL A. ELLENSOHN (0074598)**
Assistant Attorney General
Capital Crimes
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
Phone: (6l4) 728-7055; Fax: (614) 728-8600
Email: cellensohn@ag.state.oh.us

**COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing, *Respondent's Motion for Withdrawal as Counsel of Record*, has been filed via the court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ *Carol A. Ellensohn*
**CAROL A. ELLENSOHN (0074598)**