UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

FILED
JAMES BONINI
CLERK

08 JAN 23 AM 10: 12

ADMINISTRATIVE ORDER NO. 08-01

    Pursuant to the authority vested in me as Chief Judge of this District in 28 U.S.C. Sec. 137, and the responsibility to divide the business of the Court and assign cases, as needed,

        Case No.    1:00-cv-493
        <u>Sheppard v. Bagley</u>

        Case No.    1:00-cv-767
        <u>Raglin v. Mitchell</u>

        Case No.    1:01-cv-183
        <u>Fears v. Bagley</u>

        Case No.    1:03-cv-053
        Case No.    1:02-mc-061
        <u>Murphy v. Bradshaw</u>

        Case No.    3:04-cv-154
        Case No.    1:03-cv-033
        <u>Taylor v. Bradshaw</u>

will be transferred to Chief Judge Sandra S. Beckwith.

This Order shall be effective February 1, 2008.

**IT IS SO ORDERED.**

Date: 1/23/08

Sandra S. Beckwith, Chief Judge
United States District Court