## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Bobby T. Sheppard,
    Petitioner

v.    Case No.   1:00-cv-493

Margaret Bagley, Warden,
    Respondent

### ORDER

The undersigned hereby recuses herself from this case. This action is hereby **TRANSFERRED** from the docket of the Honorable Sandra S. Beckwith to that of the Honorable Gregory L. Frost.

Date: February 8, 2008

s/Sandra S. Beckwith
Sandra S. Beckwith, Chief Judge
United States District Court

s/Gregory L. Frost
Gregory L. Frost, Judge
United States District Court