IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Bobby T. Sheppard, | : | |
| Petitioner, | : | CASE NO. 1:00-cv-493 |
| v. | : | Judge Gregory L. Frost |
| Margaret A. Bagley, Warden, | : | Magistrate Judge Michael R. Merz |
| Respondent. | : | *Death Penalty Case* |

**RESPONDENT'S NOTICE OF APPEARANCE OF LEAD AND TRIAL COUNSEL**

Please take notice that Assistant Attorney General Justin M. Lovett has replaced Principal Assistant Attorney General Charles L. Wille as lead counsel of record in this matter. Principal Assistant Attorney General Charles L. Wille will serve as co-counsel of record.

Copies of all pleadings, documents, and notices should be directed to the undersigned.

Respectfully submitted,

**MARC DANN**
Ohio Attorney General

s/ **JUSTIN M. LOVETT**
**JUSTIN M. LOVETT\* (0081826)**
Assistant Attorney General
   *\*Lead and Trial Counsel*
Capital Crimes Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 728-7055
Fax: (614) 728-8600
Email: jlovett@ag.state.oh.us

**COUNSEL FOR RESPONDENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Douglas A. Funkhouser
Douglas A. Funkhouser Co., LPA
729 South Third Street
Columbus, Ohio 43206
(614) 443-5404
Fax: (614) 443-5408
Email: douglasfunkhouser@yahoo.com

Kyle Edward Timken
Manley Deas & Kochalski LLC
P. O. box 165028
Columbus, Ohio 43216-5028
(614) 220-5611
Fax: (614) 220-5613

**COUNSEL FOR PETITIONER**

s/ JUSTIN M. LOVETT
**JUSTIN M. LOVETT* (0081826)**
Assistant Attorney General
   *Lead and Trial Counsel*
Capital Crimes Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 728-7055
Fax: (614) 728-8600
Email: jlovett@ag.state.oh.us

**COUNSEL FOR RESPONDENT**